# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# THIRD DIVISION

Susan Rae Berkowitz,                                              Civil No. 06-934 PAM/AJB

                     Petitioner,

v.                                                                                        **ORDER**

State of Minnesota,

                     Respondent.

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated July 17, 2006, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that petitioner Susan Rae Berkowitz's Petition Under 28 U.S.C. § 2254 by a Person is State Custody is **dismissed with prejudice**  [Docket No. 1].

Dated:  August 7, 2006

                                                                            s/ Paul A. Magnuson
                                                                          Paul A. Magnuson
                                                                          Senior United States District Court Judge